This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 132
The People &c.,
          Appellant,
       v.
Terrance L. Mack,
          Respondent.




          Geoffrey Kaeuper, for appellant.
          Nicolas Bourtin, for respondent.










*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument during a future session of this Court.  Chief Judge Lippman and Judges Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.


Decided October 27, 2015